BEFORE THE FIRST DIVISION, JUNE 22, 1939

**No. 41698.**—Protests 659802–G/80323, etc., of Marshall Field & Co. et al. (Chicago).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41699.**—Protests 986676–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 23, 1939

**No. 41700.**—Protests 819325–G, etc., of Coty Processing Co., Inc., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 23, 1939

**No. 41701.**—Protests 178241–G, etc., of Boutross Bros. & Co. et al. (New York).

Opinion by TILSON, J. Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41702.**—Protests 135042–G, etc., of J. Sternfeld, Inc. (New York).

Opinion by TILSON, J. Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41703.**—Protests 262971–G, etc., of S. G. Sabbagh & Bro. et al. (New York).

Opinion by TILSON, J. Certain items were found to consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and napkins trimmed with lace like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.